UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
CABLEVISION SYSTEMS NEW YORK
CITY CORPORATION,

                Plaintiff,        04 Civ. 5521 (JBW) (CLP)

    -against-

IVELISSE ALVAREZ,

               Defendant.
-------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ DEC 0 5 2005 ★
BROOKLYN OFFICE

## NOTICE AND ORDER OF DISMISSAL

**WHEREAS**, plaintiff, Cablevision Systems New York City Corporation ("Cablevision" or "plaintiff"), having filed the above-entitled action against Ivelisse Alvarez ("Alvarez" or "defendant") under the Communications Act of 1934, as amended, Title 47, U.S.C. §§ 553(a)(1) and 605(a), alleging defendant's interception, reception and display of plaintiff's cable television programming services without plaintiff's authorization by use of an unauthorized converter-decoder allegedly purchased by defendant from Explorer Electronics of Dyer, Indiana on or about July 7, 2002; and

**WHEREAS**, defendant filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court, Eastern District of New York on or about October 6, 2005, case number 1-05-27724-ess; and

**WHEREAS**, plaintiff, being desirous to dismiss its claims without prejudice against defendant Alvarez in this action; now, therefore, it is hereby



**ORDERED, ADJUDGED AND DECREED** that plaintiff's claims in this action against defendant Alvarez are hereby dismissed without prejudice. This Order may be docketed and filed without further notice by the Clerk of the Court.

Dated: Jericho, New York
       October 17, 2005

                        **LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.,**
                        Attorneys for Plaintiff

By: _____
      WAYNE R. LOUIS (WL 5707)
      350 Jericho Turnpike, Suite 300
      Jericho, New York 11753
      (516) 942-4700

**SO ORDERED:**

_____
JACK B. WEINSTEIN
United States District Court

Dated: Brooklyn, New York
       10/31/05, 2005

MMD/B19